# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00686-CR

### Alexander Pina, Appellant

### v.

### The State of Texas, Appellee

---

**FROM COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY**
**NO. C-1-CR-07-214559**
**HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Alexander Pina's brief was due August 26, 2011. The brief has not been received and appellant's retained counsel, Alexander L. Calhoun, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether Pina desires to prosecute this appeal, whether he remains indigent,[1] and whether his retained counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and

---

[1] The trial court determined that Pina was indigent in response to this Court's prior inquiry. *See Pina v. State*, No. 03-10-00686-CR, 2011 Tex. App. LEXIS 650 (Tex. App.—Austin Jan. 27, 2011, no pet.) (mem. op., not designated for publication).

orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court

for filing as a supplemental record no later than November 28, 2011. *See* Tex. R. App. P. 38.8(b)(2).

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   November 9, 2011

Do Not Publish